# United States District Court Violation Notice

CVB Location Code: GU10

Violation Number: 6887389
Officer Name (Print): Smith, Justin
Officer No.: 1001

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 08/06/2020 11:15
Offense Charged: ☒ USC — 18 USC § 1382

Place of Offense: Naval Base Guam BLDG. 108

Offense Description: Factual Basis for Charge
See attached

### DEFENDANT INFORMATION
Last Name: YOSHINOBU
First Name: Jarred
M.I.: T

Tag No.: SR 4641
State: GU
Make/Model: Hyundai
Color: BL

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ ___ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ ___ Total Collateral Due

### YOUR COURT DATE
United States District Court
District of Guam
4th Floor US Courthouse 520 West Soledad Avenue
Hagatna Guam 96910

X Defendant Signature: Refused to sign

(Rev. 09/2015) Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____

_(blank lines)_

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident