# United States District Court Violation Notice

CVB Location Code: GU10

Violation Number: 6887391
Officer Name (Print): Smith, Justin
Officer No.: 1001

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 08/06/2020 11:15
Offense Charged: ☒ USC
18 USC § 17A

Place of Offense: Naval Base Guam

Offense Description: Factual Basis for Charge: see attached

HAZMAT: ☐

## DEFENDANT INFORMATION

Last Name: YOSHINOBU
First Name: Jarred
M.I.: T

Tag No.: SR 4641
State: GU
Year: —
Make/Model: Hyundai
PASS: ☐
Color: BL

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ ___ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ ___ Total Collateral Due

### YOUR COURT DATE

Court Address: United States District Court, District of Guam, 4th Floor US Courthouse 520 West Soledad Avenue, Hagatna Guam 96910

X Defendant Signature: Refused to sign

(Rev. 09/2015) Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 09/17/2020 9:18

Case 1:20-po-00067   Document 3   Filed 10/27/20   Page 1 of 1