# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: PO-20-00067         DATE: November 03, 2020

HON. MICHAEL J. BORDALLO, Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori         Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio  Hearing Times: 9:10 - 9:11

**APPEARANCES:**

Defendant: Jarred T Yoshinobu         Attorney: Leilani Lujan
☑ Present ☐ Custody ☐ Bond ☐ P.R.     ☑ Present ☐ Retained ☑ FPD ☐ CJA

U.S. Attorney: Amy Zajac/April Owen         U.S. Agent:
U.S. Probation: None Present
Interpreter:                                 Language:

**PROCEEDINGS: Initial Appearance re Citation Nos. 6887389 and 68887391**

- Financial Affidavit reviewed and accepted: Federal Public Defender appointed to represent the defendant.
- Government moved to dismiss without prejudice. No objection. Granted.
- I, Walter M. Tenorio, certify that I am a duly appointed Deputy Clerk of the District Court of Guam, and that I was present in the courtroom of this court on date specified above, and during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the case specified above. I have played back the recording and certify that it is a true and correct record of the proceedings, that it is sufficiently intelligible when played on a personal computer using For The Record The Record Player™ or equivalent software, that it can be transcribed without undue difficulty, and that I have filed the digital recording with the Clerk of Court.

NOTES: